No. 73–1170.  HAMILTON ET AL. *v.* UNITED STATES;
No. 73–6092.  DEVILLE *v.* UNITED STATES;
No. 73–6154.  PEREZ *v.* UNITED STATES;
No. 73–6197.  PRUDHOMME *v.* UNITED STATES;
No. 73–6210.  TRAHAM *v.* UNITED STATES;
No. 73–6464.  LORIDANS *v.* UNITED STATES; and
No. 73–6498.  TUNIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–1293.  GOAD ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–1367.  ADAM *v.* ELROD, SHERIFF.  C. A. 7th Cir.  Certiorari denied.

No. 73–1405.  BAKER *v.* CALLAWAY, SECRETARY OF THE ARMY.  C. A. 5th Cir.  Certiorari denied.

No. 73–1432.  GEORATOR CORP. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–1444.  MILLER BOX, INC., ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–1456.  PRIDE ET UX. *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 73–1465.  G. L. GIBBONS TRUCKING SERVICE, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 73–1474.  FERMONT DIVISION, DYNAMICS CORPORATION OF AMERICA *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.